| United States Bankruptcy Court<br>District of Hawaii | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Haena Rainbows, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **4720, Last 4 digits of Hawaii Taxpayer ID 92-01.** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**7224 'Alamo'o Road**<br>**Hanalei HI**<br><br>ZIP CODE **96714** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1036**<br>**Hanalei HI**<br>ZIP CODE **96714-1036** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**7224 'Alamo'o Road, Hanalei HI.** | ZIP CODE **96714** |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Haena Rainbows, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location <br> Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X**   **Not Applicable** <br> ————————————————————— <br>     Signature of Attorney for Debtor(s)       Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

    ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

    ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

            ————————————————————— <br>
            (Name of landlord that obtained judgment)

            ————————————————————— <br>
            (Address of landlord)

    ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This Page must be completed and filed in every case)* | Name of Debtor(s):<br>**Haena Rainbows, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **Not Applicable**<br>   Signature of Debtor<br><br>X **Not Applicable**<br>   Signature of Joint Debtor<br><br>   Telephone Number (If not represented by attorney)<br><br>   Date | X **Not Applicable**<br>   (Signature of Foreign Representative)<br><br><br>   (Printed Name of Foreign Representative)<br><br><br>   Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/ Harrison P. Chung**<br>   Signature of Attorney for Debtor(s)<br><br>**Harrison P. Chung  Bar No.  2685-0**<br>   Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Law Office of Harrison P. Chung**<br>   Firm Name<br><br>**P.O. Box 26058 Honolulu HI 96825-6058**<br>   Address<br><br>**(808) 523-3311          (808) 531-1339**<br>   Telephone Number<br><br>**6/3/2011**<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br><br>   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br><br>   Address<br><br>X **Not Applicable**<br>   Date |
| **Signature of Debtor (Corporation/Partnership)** | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **s/ Nicky A. Michaels**<br>   Signature of Authorized Individual<br><br>**Nicky A. Michaels**<br>   Printed Name of Authorized Individual<br><br>**Manager**<br>   Title of Authorized Individual<br><br>**6/3/2011**<br>   Date | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## United States Bankruptcy Court
## District of Hawaii

*In re* __Haena Rainbows, LLC_____,   Case No. _____

*Debtor*

Chapter  __11_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Yanagi, Richard A.**<br>**Bankruptcy Trustee; Bkr 09-01987**<br>**1136 Union Mall, #303**<br>**Honolulu HI 96813** | | | **UNLIQUIDATED**<br>**DISPUTED** | **$1.00** |
| **Association Apt. Owners of**<br>**Ni'ihau Beach Hale**<br>**P.O. Box 1036**<br>**Hanalei HI 96714** | | | **UNLIQUIDATED** | **$1.00** |
| **Finance Factors Limited**<br>**1164 Bishop St., #300**<br>**Honolulu, HI 96813-2810** | | | **UNLIQUIDATED**<br>**DISPUTED** | **$1.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

*I, Nicky A. Michaels, Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.*

Date:  **6/3/2011**_____         Signature:   **s/ Nicky A. Michaels**_____

**Nicky A. Michaels ,Manager**_____
*(Print Name and Title)*

*Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# Authorization to Proceed With Chapter 11 Reorganization

WHEREAS, **HAENA RAINBOWS, LLC is a Hawaii limited liability company** (which will be called the "Company"), whose business address is 7224 'Alamo'o Road, Hanalei, Hawaii 96714, and whose manager and only member is **NICKY A. MICHAELS**, whose mailing address is P.O. Box 1036, Hanalei, Hawaii 96714;

AND WHEREAS, the Company has determined that the appropriate course of action at this time is to have the Company file a **Chapter 11 reorganization case** in the United States Bankruptcy Court for the District of Hawaii (which will be called the "Bankruptcy Court"), pursuant to the bankruptcy laws of the United States of America which are codified in Title 11 of the United States Code,

NOW, THEREFORE, the following is hereby authorized for and on behalf of the Company:

1.     That the Company file a Chapter 11 reorganization case in the Bankruptcy Court;

2.     That **NICKY A. MICHAELS** be designated as the "Responsible Person" under the applicable local rules of the United States Bankruptcy Court for the District of Hawaii, for preparing, signing and filing the various bankruptcy papers for and on behalf of the Company in its bankruptcy case;

3.     That Harrison P. Chung and his Law Office Of Harrison P. Chung be hired to assist and represent the Company in its bankruptcy case effective as of **February 1, 2011** (which will be called the "Effective Date").

4.     That said Responsible Person is hereby authorized to sign the necessary papers to hire Harrison P. Chung and the Law Office Of Harrison P. Chung, to represent the Company in the preparation and filing of the various papers and documents that are necessary for the Company's bankruptcy case, and to represent the Company with respect to, in and throughout the bankruptcy case, as of the Effective Date.

5.     That Paul W. Caster and his company Meicah Enterprises, Inc. be hired to provide bookkeeping, accounting and tax work and support for the Company in regard to and in its bankruptcy case effective as of **June 3, 2011.**

6.     That said Responsible Person is hereby authorized to sign the necessary papers to hire Paul W. Caster and his Meicah Enterprises, Inc.

7.     That this authorization is effective as of the Effective Date set forth above.

DATED:     June 3, 2011.


**HAENA RAINBOWS, LLC**
A Hawaii limited liability company

By:     /s/ Nicky A. Michaels
          Its Manager & Member

LAW OFFICE OF HARRISON P. CHUNG
HARRISON P. CHUNG #2685
P.O. Box 26058
Honolulu HI 96825-6058
Tel. (808) 523-3311/Fax (808) 531-1339
Pleadings Email: hpchawaii@msn.com
Correspondence Email: hpclaw1@hotmail.com

Proposed Attorney for Chapter 11 Debtor and Debtor-in-Possession
HAENA RAINBOWS, LLC

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re: | ) | CASE No. 11-_____ |
| | ) | (Chapter 11) |
| HAENA RAINBOWS, LLC, | ) | |
| | ) | |
| | ) | VERIFICATION OF MATRIX |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

## VERIFICATION OF MATRIX

The undersigned swears under penalty of perjury that the names and addresses of the entities listed in the following matrix are true and correct to the best of the undersigned's knowledge.

DATED:     June 3, 2011.

HAENA RAINBOWS, LLC,
A Hawaii limited liability company

By:    /s/ Nicky A. Michaels
          Its Manager & Member

Association Apt. Owners of
Ni'ihau Beach Hale
P.O. Box 1036
Hanalei HI 96714

Cades Schutte, a Ltd Pshp
c/o Keith Yamada, Esq.
1000 Bishop Street, #1200
Honolulu, HI 96813-4212

County of Kauai
Real Property Tax Collection
4444 Rice Street #463
Lihue HI 96766

Finance Factors Limited
1164 Bishop St., #300
Honolulu, HI 96813-2810

Flores, Rosa, Esq.
2080 Manawalea Street #802
Lihue HI 96766

Office of County Attorney
Amy I. Esaki/Alfred Castillo, Jr.
4444 Rice Street #220
Lihue HI 96766

SEG Millwood, LLC
c/o Scott Grainger
845 106th Avenue NE, #100
Bellevue WA 98004

Steverson, Randall, Esq.
Goodsill Anderson et al.
1099 Alakea Street #1800
Honolulu HI 96813

Wagner Choi & Verbrugge
Chuck Choi, Esq.
745 Fort Street #1900
Honolulu HI 96813

Yanagi, Richard A.
Bankruptcy Trustee; Bkr 09-01987
1136 Union Mall, #303
Honolulu HI 96813