LAW OFFICE OF HARRISON P. CHUNG
HARRISON P. CHUNG #2685
P.O. Box 26058
Honolulu HI 96825-6058
Tel. (808) 523-3311/Fax (808) 531-1339
Pleadings Email: hpchawaii@msn.com
Correspondence Email: hpclaw1@hotmail.com

Proposed Attorney for Chapter 11 Debtor and Debtor-in-Possession
HAENA RAINBOWS, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re: | ) | CASE No. 11-01595 |
| --- | --- | --- |
| | ) | (Chapter 11) |
| HAENA RAINBOWS, LLC, | ) | |
| | ) | |
| | ) | DEBTOR'S DESIGNATION OF |
| Debtor. | ) | RESPONSIBLE INDIVIDUAL |
| | ) | |
| _____ | ) | |

DEBTOR'S DESIGNATION OF RESPONSIBLE INDIVIDUAL

Chapter 11 Debtor and Debtor-in-Possession HAENA RAINBOWS, LLC ("Debtor"), hereby designates the following person as the Responsible Individual for the Debtor:

Mr. Nicky A. Michaels; P.O. Box 1036; Hanalei HI 96714.

DATED: June 5, 2011.

HAENA RAINBOWS, LLC,
A Hawaii limited liability company

By:   /s/  Nicky A. Michaels
         Its Manager & Member

## ACCEPTANCE OF DESIGNATION

NICKY A. MICHAELS hereby consents to such designation by signing below.

DATED: June 5, 2011.

 /s/ Nicky A. Michaels

-2-

U.S. Bankruptcy Court - Hawaii   #11-01595   Dkt # 2   Filed  06/05/11   Page 2 of 2