# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Case No. 11–01595

**Chapter 11**

In re:

   Haena Rainbows, LLC
   P.O. Box 1036
   Hanalei, HI 96714–1036

Social Security No.:

Employer's Tax I.D. No.:
   26–1584720

## CLERK'S NOTICE

NOTICE IS HEREBY GIVEN THAT THE FOLLOWING HAS BEEN ENTERED ON THE DOCKET IN THIS CASE:

   **[The entire order in this matter is set forth in this docket entry. No document is attached.]ORDER GRANTING MOTION TO EXTEND TIME TO FILE DOCUMENTS (related document: [5]). The deadline is extended to June 24, 2011 for filing Schedules A–H, Statement of Financial Affairs. IT IS FURTHER ORDERED that failure to file these documents by the extended deadline will result in dismissal of the case without further notice. Moreover, the Debtor will be barred from filing a subsequent bankruptcy petition for 180 days after the date that the dismissal order is entered, pursuant to sec. 109(g)(1). SO ORDERED. /s/ ROBERT J. FARIS, United States Bankruptcy Judge.**

**Date: June 21, 2011**

**Address of the Bankruptcy Clerk's Office:**
1132 Bishop Street
Suite 250
Honolulu, HI 96813

Telephone number: (808) 522–8100

Clerk of the Bankruptcy Court:

**Michael B. Dowling**